# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNY DARROW POWE,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 76654

RONNY DARROW POWE,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 76655 ✓

**FILED**

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a motion for transcripts at state expense and denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of these appeals reveals jurisdictional defects. No statute or court rule permits an appeal from an order denying a motion for transcripts at state expense. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appeals from the order denying a motion to modify sentence, the notice of appeal was untimely filed. The order denying a motion to modify sentence was entered on July 2, 2018. However, the notice of appeal was not filed until August 7, 2018, six days after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this

18-36112

court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Michelle Leavitt, District Judge
Ronny Darrow Powe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk